The Sterling City G. & S. Mining Co. v. Hughes et al.

3   229
4a   48

An action cannot be maintained upon a bond given pursuant to Revised Statutes (p. 55) conditioned to pay all such damages as shall be awarded against the plaintiff in attachment, in any suit or suits which may thereafter be brought for wrongfully suing out the attachment, until judgment has been obtained against the plaintiff in the attachment suit.

*Error to District Court of Arapahoe County.*

Debt upon an attachment bond, and judgment on demurrer to the declaration, in favor of defendants.

Messrs. Browne & Putnam, for plaintiff in error.

Messrs. Sayre, Wright & Butler, for defendants in error.

ELBERT, J.  In the case of the *Sterling City Mining Co.
v. Cock*, 2 Col. 24, it was held that judgment must first be
obtained against the plaintiff in the attachment suit before
an action can be maintained upon a bond given pursuant
to Revised Statutes, and conditioned to pay all such dam-
ages as shall be awarded against the plaintiff in attachment
in any suit or suits which may thereafter be brought for
wrongfully suing out the attachment.    We see no reason to
question the correctness of this decision.    *Holcomb* v. *Fax-
worth*, 34 Miss. 265; *Sledger* v. *Lee*, 19 Ga. 411; *Davis* v.
*Gully*, 2 Dev. & Bat. 360.

The recovery against Cock, one of the copartners in the
plaintiff company, does not satisfy the rule.

Judgment affirmed with costs.

*Affirmed.*